Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PPV, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5762997** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**4927 NW Front Ave**<br>**Portland, OR 97210**<br>Number, Street, City, State & ZIP Code<br><br>**Multnomah**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.ppvnw.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **PPV, Inc.**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Bravo Environmental NW, Inc.** | | Relationship | **Affiliate** |
| District | **Oregon** | When **12/10/19** | Case number, if known | **Pending** |

| Debtor | PPV, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | PPV, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 9, 2019**
MM / DD / YYYY

**X /s/ Joseph J. Thuney**
Signature of authorized representative of debtor

**Joseph J. Thuney**
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Douglas R. Ricks**
Signature of attorney for debtor

Date **December 9, 2019**
MM / DD / YYYY

**Douglas R. Ricks**
Printed name

**Vanden Bos & Chapman, LLP**
Firm name

**319 SW Washington**
**Suite 520**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone **503-241-4869**    Email address **doug@vbcattorneys.com**

**044026 OR**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re  **PPV, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly*** |
   | Prior to the filing of this statement I have received | $ **92,404.00\*\*** |
   | Balance Due | $ **Unknown** |

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   **\*Debtor has agreed to pay an hourly rate for all pre and post-petition services plus filing fee of $1,717.00 in this case and a second filing fee of $1,717.00 in affiliate case.**

   **\*\*Includes representation in affiliate case - Bravo Environmental NW, Inc. Retainers of $4,525 on 9/20/19 ; $475 on 10/24/19 ; $2,404 on 11/1/19 and 12/3/19  $85,000.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 9, 2019**  
*Date*

**/s/ Douglas R. Ricks**  
**Douglas R. Ricks**  
*Signature of Attorney*  
**Vanden Bos & Chapman, LLP**  
**319 SW Washington**  
**Suite 520**  
**Portland, OR 97204**  
**503-241-4869**  
**doug@vbcattorneys.com**  
*Name of law firm*

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **PPV, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 9, 2019**      X **/s/ Joseph J. Thuney**
                                         Signature of individual signing on behalf of debtor

                                         **Joseph J. Thuney**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **PPV, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF OREGON**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Archer Separation, Inc.** 1150-1971 Braodway St Port Coquitlam, BC V3C 0C9 CANADA | **Venkatesh Narayan** venky@archerseparation.com 604-484-4516 | **Trade Debt** | | | | $14,431.05 |
| **Beckwith & Kuffel** 1313 S 96th St Seattle, WA 98108 | **Lee Wardrop** billing@b-k.com 206-767-6700 | **Trade Debt** | | | | $4,845.23 |
| **Bezates Construction, Inc.** 16085 S Ivel Road Beavercreek, OR 97004 | **George Bezates** mbezates@gmail.com 541-729-8222 | **Trade Debt** | | | | $9,120.40 |
| **Cesco Solutions, Inc.** 2227 Midway Lane Bellingham, WA 98226 | **Abbie Robinson** Abbie.Robinson@cescosolutions.com 360-733-7478 | **Trade Debt** | | | | $38,400.21 |
| **City of Portland Water Bureau** PO Box 4216 Portland, OR 97208 | **City Attorneys Office** bankruptcy@portlandoregon.gov 503-823-7770 | **Trade Debt** | | | | $44,064.09 |
| **Corporate Payment Systems** ELAN Visa - c/o US Bank PO Box 790428 St. Louis, MO 63179 | **Bankruptcy Dept** will not accept emails or fax 855-837-1614 | **Credit Card** | | | | $10,711.84 |
| **Farallon Consulting, LLC** 975 5th Ave NW Issaquah, WA 98027 | **Deb Worden** dworden@farallonconsulting.com 425-295-0800 | **Trade Debt** | | | | $5,415.00 |

| Debtor | PPV, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Green Wrench Heavy Equipment,L 769 Linn Ave Oregon City, OR 97045** | **Cory Watson** cory@greenwrench.org 541-921-5711 | **Trade Debt** | | | | $13,500.00 |
| **Johnson Controls Security Solu PO Box 371967 Pittsburgh, PA 15250** | **Bankruptcy Dept.** bankruptcy@tyco.com 888-238-2455 | **Trade Debt** | | | | $4,142.41 |
| **McGaughey Erickson 65 SW Yamhill St., Suite 200 Portland, OR 97204** | **Robert McGaughey** bob@law7555.com 503-223-7555 | **Legal Services** | | | | $20,632.00 |
| **Pape Kenworth PO Box 35144 #5077 Seattle, WA 98124** | **Jennifer Kriegel** jkriegel@pape.com 541-681-5390 | **Trade Debt** | | | | $10,624.54 |
| **PGE PO Box 4438 Portland, OR 97208** | **Customer Service** fax: 503-612-3940 503-228-6322 | **Utility** | | | | $8,541.60 |
| **Regence Bluecross Blue Shield of Oregon PO Box 2597 Portland, OR 97208** | **Customer Service - Bankruptcy** fax: 888-606-6445 888-367-2112 | **Insurance** | | | | $38,253.00 |
| **Ruan Transport Corporation PO Box 977 Des Moines, IA 50304** | **Jimmy Warren** jwarren@ruan.com 971-317-7656 | **Trade Debt** | | | | $8,868.69 |
| **Schwabe, Williamson & Wyatt 1211 SW 5th Ave., Suite 1900 Portland, OR 97204** | **Billing Dept** 360-693-5574 360-694-7551 | **Legal** | | | | $22,777.92 |
| **SeQuential Biodiesel, LLC PO Box 1774 Eugene, OR 97440** | **Ken Mayer** kenm@choosesq.com 310-402-0691 | **Trade Debt** | | | | $8,698.05 |
| **Specialty Analytical 9011 SE Jannsen Rd Clackamas, OR 97015** | **Katherine Lynch** Katherine@SpecialtyAnalytical.com 503-607-1331 | **Trade Debt** | | | | $5,436.00 |

| Debtor | **PPV, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sussman Shank LLP**<br>**Attn: Howard Levine**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205** | **Howard Levine**<br><br>**hlevine@sussmanshank.com**<br>**503227-1111** | **Legal** | | | | **$148,328.22** |
| **US Bank Office Eqpt Fin Svc**<br>**PO Box 790448**<br>**St. Louis, MO 63179** | **Customer Service**<br><br>**oefscustomerservice@usbank.com**<br>**800-828-8246** | **Lease Creditor** | | | | **$8,681.29** |
| **White Summers Caffee & James**<br>**805 SW Broadway, Suite 2440**<br>**Portland, OR 97205** | **William Caffee**<br><br>**wcaffee@white-summers.com**<br>**503-419-3000** | **Legal** | | | | **$41,329.54** |

DOUGLAS R. RICKS  OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. |
|---|---|---|
| PPV, Inc. | ) | CERTIFICATE OF SERVICE |
|  | ) | RE U.S. TRUSTEE |
| Debtor-in-Possession. | ) |  |

    I hereby certify that on December 10, 2019, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.  I further certify that this office prepared mailing labels addressed to Debtor, Debtor's Attorney and each contact person for each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

    I hereby certify that I served the above on the U.S. Trustee, 620 SW Main Street, Rm. 213, Portland, OR  97205, by email to ustpregion18.pl.ecf@usdoj.gov  and by mailing a copy of the above-named document and labels to the U.S. Trustee in a sealed envelope, addressed to the U.S. Trustee at the U.S. Trustee's last known address.  Said envelope was deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

    Dated: December 10, 2019

        Respectfully submitted;

        VANDEN BOS & CHAPMAN, LLP

        By:/s/Douglas R. Ricks
          DOUGLAS R. RICKS  OSB #044026
          Of Attorneys for Debtor-in Possession

Page 1 of 1 -   CERTIFICATE OF SERVICE RE U.S. TRUSTEE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 1    Filed 12/10/19