Douglas R. Ricks, OSB 044026
Daniel C. Bonham, OSB 183104
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Debtors-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>PPV, Inc.<br><br><br>Debtor-in-Possession. | Case No. 19-34517-dwh11 |
| In re<br><br>Bravo Environmental NW, Inc.<br><br><br>Debtor-in-Possession | Case No. 19-34518-dwh11<br><br>MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS |

**NOTICE**

This Motion is an Ex Parte First Day Motion in a Chapter 11. If you oppose the proposed course of action or relief sought in this Application. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information. The notice of hearing will also provide you with the deadline to file a written objection with the Clerk of the Bankruptcy Court at 1050 SW 6th Avenue #700, Portland, OR 97204 and

Page 1 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE
              HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

advise that you must also serve the objection on Debtor-in-Possession, Fizz & Bubble, LLC, c/o Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington Street, Suite 520, (503) 241-4869 at the same time.

## MOTION

Debtors-in-Possession, PPV, Inc. ("PPV") and Bravo Environmental NW, Inc. ("Bravo"), (collectively "Debtors" or "Debtors-in-Possession"), request entry of an order in the form attached hereto as **Exhibit A** authorizing the Debtors to pay prepetition payroll, payroll taxes, employee health insurance premiums and workers' compensation insurance premiums (the "Payroll Obligations") associated with their current payroll (for the period December 2, 2019 through December 10, 2019) on the regularly scheduled payday (December 20 for Debtor PPV and December 13 and 20 for Bravo), and in support, represents and states:

1. On December 10, 2019 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. Pursuant to Sections 1107 and 1108 of the Code, the Debtors are continuing in possession of their property and are operating and managing their business individually as a Debtor-in-Possession.

3. Debtors seeks authority to pay any prepetition wages, commissions, other compensation, vacation and paid leave, federal and state withholding taxes, payroll taxes, and all other employee benefits that the Debtors pay in the ordinary course of business. Debtors also seek authority to honor prepetition checks for wages, commissions, payroll taxes, employee health insurance premiums and workers' compensation insurance premiums which may not have cleared the bank by the Petition date.

Page 2 of 6    MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS

**VANDEN BOS & CHAPMAN, LLP**
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

4. In the case of Payroll Obligations, Debtors request authority to pay these amounts on the next regularly scheduled payday, which is December 13 and 20 for Bravo, who pays their employees on a weekly basis, and December 20 for PPV, who pays their employees every two weeks. The amount of Payroll Obligations which Debtors seek authority to pay will be detailed in **Exhibit 1** attached to the Proposed Order (if not attached, **Exhibit 1** will be available at the time of the hearing). The amounts that Debtors request authority to pay is limited to the priority amount of 11 USC § 507(a), and is limited to the current pay period December 2, 2019 through December 10, 2019), plus any prepetition amounts for wages and commissions earned after December 2, 2019 to be paid on the December 13 or 20 payday. With respect to other compensation, vacation and paid leave, and all other employee benefits, Debtors request authority to pay these amounts in the ordinary course of business. The amounts that Debtors request authority to pay is limited to the priority amount of 11 USC § 507(a) and is limited to the period December 2, 2019 through December 10, 2019.

5. Pursuant to Code Sections 507(a)(4), 507(a)(5), and 105, and the judicially recognized "necessity of payment doctrine," Debtors request authority to pay any prepetition wages, commissions, other compensation, vacation and paid leave, federal and state withholding taxes, payroll taxes, contributions to employee-benefit plans, and all other employee benefits that the Debtors pay in the ordinary course of business.

6. The gross amount due for the pay period for Payroll Obligations for Bravo's December 13, 2019 and December 20, 2019 paydays is $72,379.53. The gross amount due for the pay period for Payroll Obligations for PPV's December 20, 2019 payday is $45,748.39. The total amount of Debtors' request is $118,127.92.

Page 3 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS

**VANDEN BOS & CHAPMAN, LLP**
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

7. The Debtors also request authority to honor those payroll checks dated prior to the payroll periods discussed above which remain outstanding and unpaid as listed in **Exhibit 2** attached to the Proposed Order.

## ARGUMENT

As the Court stated in *In re Ionosphere Clubs, Inc.*, 98 B.R. 174 (Bankr. S.D.N.Y. 1989), "the paramount policy and goal of Chapter 11, to which all other bankruptcy policies are subordinated, is the rehabilitation of the Debtor. This policy was clearly articulated by the United States Supreme Court in *NLRB v. Bildisco and Bildisco*, 465 U.S. 513, 104 S.Ct. 1188, 79 L.Ed. 2d 482 (1984) when the Court stated, 'the fundamental purpose of reorganization is to prevent the debtor from going into liquidation, with an attendant loss of jobs and possible misuse of economic resources.'" *In re Ionosphere* at 176-177 (citations omitted). The *Ionosphere* Court went on to note that "Section 105 may indeed empower the Bankruptcy Courts to authorize the immediate payment of prepetition claims when essential to the survival of a debtor." Id. at 177; see also *In re Baldwin United Corp.*, 765 F.2d 343, 348 (2d Cir. 1985).

Like the Court in *Ionosphere*, the Bankruptcy Court in *In re Chateaugay Corp.*, 80 B.R. 279 (S.D.N.Y. 1987), authorized the Debtor to pay certain prepetition wages, salaries, reimbursement expenses and employment benefits, as well as certain workers compensation obligations, which claims totaled in excess of $250 million. A group of similarly situated creditors (who the debtor did not seek authorization to pay) attacked the Court's order on grounds that such selective payments violated Section 507 of the Code. On appeal, the District Court rejected this argument and explained:

> "A rigid application of the priorities of §507 would be inconsistent with the fundamental purpose of reorganization and of the Act's grant of

Page 4 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

equity powers to bankruptcy courts, which is to create a flexible mechanism that will permit the greatest likelihood of survival of the debtor and payment of creditors in full or at least proportionately."

The District Court thus upheld the Bankruptcy Court's order, which had concluded that if sound business judgment exists to pay certain prepetition claims, and the payments serve to preserve and maximize the value of the debtor's estate, the Court should authorize the payments. Id. at 282.

In *In re Gulf Air, Inc.*, 112 B.R. 152 (Bankr. W.D. La. 1989), the Court applied the "necessity of payment" doctrine and authorized the debtor to pay certain prepetition employee claims. In *Gulf Air*, the debtor (a charter air carrier) sought authority to pay all prepetition amounts owed to salaried and hourly employees, and flight crew members, including their prepetition expenses. Furthermore, the debtor sought authority to pay prepetition health and life insurance premiums for employees and their dependents, in addition to workers' compensation.

The debtor in that case asserted that the success of the reorganization was dependent upon continued employment of its skilled employees. Without immediate payment to the employees, the employees would cease working, thereby leaving the debtor incapable of operating. The Court determined that the immediate payment of the employee claims was in the best interest of the debtor and its estate and authorized the debtor to pay the prepetition employee claims.

Debtors represent a similar scenario. Debtors operate waste-water disposal and waste-water transportation operations headquartered in Multnomah County, OR (PPV) and King County, WA (Bravo). Debtors' waste-water disposal and waste-water transportation services and other products are provided to the public. If Debtors are unable to pay their

Page 5 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS

**VANDEN BOS & CHAPMAN, LLP**
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

employees, the employees will suffer hardship and likely cease working.  Much of Debtors' revenues are a result of their contracts to sell their services and products, which are provided and performed by Debtors' employees, to a variety of private and public entities.  If Debtors fail to continue work at their operation sites, Debtors will not be able to fulfill customer orders, will cease receiving payments under Debtors' contracts, and runs the risk that contracts may be terminated for cause.  The loss of the revenue stream from those sources would inhibit a successful reorganization and devalue the estate significantly.

Debtors also work with a variety of waste products and potentially hazardous chemicals.  Without workers to maintain and care for the products and chemicals, the likelihood of improper disposal resulting in liability for the Debtors would greatly increase, and much of it would in a short time become worthless.  This would also have a detrimental effect on the value of the estate, and on the chances of a successful reorganization.

Allowing Debtors to pay their employees' prepetition claims is necessary to both preserve the value of the estate and to put Debtors in a position in which they can successfully reorganize.

WHEREFORE, Debtors respectfully request that this Court enter the Proposed Order (**Exhibit A**) allowing Debtors to pay the Payroll Obligations and other payroll related items referred to herein.

DATED: December 10, 2019         VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtors-in-Possession

Page 6 of 6    MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS

**VANDEN BOS & CHAPMAN, LLP**
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34517-dwh11 |
|---|---|
| PPV, Inc. | |
| Debtor-in-Possession | |
| In re | |
| Bravo Environmental NW, Inc., | Case No. 19-34518-dwh11 |
| | ORDER AUTHORIZING DEBTORS TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES |
| Debtor-in-Possession. | |

Based on the Debtors-in-Possession, PPV, Inc.'s and Bravo Environmental NW, Inc.'s, (collectively "Debtors" or "Debtors-in-Possession") Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers' Compensation Premiums (Doc No. ___) ("Motion"), and the Court finding good cause exists for granting the Motion,

Page 1 of 3  ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

IT IS HEREBY ORDERED that the Motion is granted. The Debtors are authorized to pay their employees their full paychecks for the pay period from December 2, 2019 through and including December 10, 2019, which includes prepetition amounts for wages earned between December 2, 2019 and December 10, 2019, to be paid on the December 13, 2019 and December 20, 2019 paydays for Bravo and the December 20, 2019 payday for PPV. In no event shall the Debtors be authorized to pay an employee an amount greater than the limit set forth in 11 U.S.C. § 507(a)(4) on account of prepetition wages or commissions. Attached as **Exhibit 1** is a summary of the payroll obligations (including accrued sick and vacation pay earned within 180 days of the Petition Date), both pre-petition and post-petition, for all employees of the Debtors during the current pay period. None of the amounts listed in the column entitled "Total Priority Amount" exceed the statutory maximum in 11 U.S.C. § 507(a)(4).

IT IS FURTHER ORDERED that Debtors are authorized to pay other compensation, employee benefits (including the expense reimbursements shown on **Exhibit 1**) due to their employees pre-petition, including allowing employees to take paid vacation time and/or sick leave in the ordinary course of business; provided, however, that such authority is limited to the priority amount of 11 U.S.C. § 507(a)(4)-(5) and is limited to benefits accrued during the 180-day period preceding the Petition Date.

IT IS FURTHER ORDERED that Debtors are authorized to pay uncleared prepetition payroll checks as of the Petition Date as shown on **Exhibit 1**, and no other uncleared prepetition payroll checks, and further provided that the aggregate amount paid to the employee shall not exceed the priority cap set forth in Section 507(a)(4).

IT IS FURTHER ORDERED that checks drawn from the payroll accounts of debtors

Page 2 of 3    ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

EX A - Page 2 of 6

Case 19-34517-dwh11    Doc 9    Filed 12/10/19

before the payroll periods discussed above which still remain outstanding and unpaid may be honored for the checks set forth on the attached **Exhibit 2**.

IT IS FURTHER ORDERED that Debtors are authorized to pay employer tax obligations incurred pre-petition for the payroll periods ending on December 10, 2019.

###

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors-in-Possession

**LBR 9021-1 CERTIFICATION**

I certify that I have complied with the requirement of LBR 9021-1(a); Order circulated as Proposed Order to Motion.

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors-in-Possession

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 3 of 3    ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

EX A - Page 3 of 6    Case 19-34517-dwh11    Doc 9    Filed 12/10/19

| Employee Initials | Gross Wages Owed as of: 12/10/2019 | Employee Taxes Withheld | Employee Ins. Med/Den withheld | Net Wages Owed as of: 12/10/2019 | Employer Pd Ins. Med Den | Employer Taxes | Payroll Motion Request Amount |
|---|---|---|---|---|---|---|---|
| Bravo | | | | | | | |
| DJA | $1,372.00 | $370.44 | $4.29 | $997.27 | $685.64 | $104.96 | $2,162.60 |
| MRB | $1,428.00 | $385.56 | $435.49 | $606.95 | $685.64 | $109.24 | $2,222.88 |
| AWB | $1,372.00 | $370.44 | $0.00 | $1,001.56 | $685.64 | $104.96 | $2,162.60 |
| MJB | $1,480.77 | $399.81 | $435.49 | $645.47 | $685.64 | $113.28 | $2,279.68 |
| AJC | $1,669.23 | $450.69 | $0.00 | $1,218.54 | $685.64 | $127.70 | $2,482.57 |
| WLC | $1,512.00 | $408.24 | $4.29 | $1,099.47 | $685.64 | $115.67 | $2,313.31 |
| MLC | $1,400.00 | $378.00 | $0.00 | $1,022.00 | $685.64 | $107.10 | $2,192.74 |
| BAD | $1,288.00 | $347.76 | $435.49 | $504.75 | $685.64 | $98.53 | $2,072.17 |
| LKD | $896.00 | $241.92 | $0.00 | $654.08 | $683.96 | $68.54 | $1,648.50 |
| JME | $1,480.77 | $399.81 | $4.29 | $1,076.67 | $685.64 | $113.28 | $2,279.68 |
| ALF | $1,120.00 | $302.40 | $0.00 | $817.60 | $685.64 | $85.68 | $1,891.32 |
| JDJ | $2,692.31 | $726.92 | $0.00 | $1,965.39 | $685.64 | $205.96 | $3,583.91 |
| MDJ | $1,232.00 | $332.64 | $0.00 | $899.36 | $685.64 | $94.25 | $2,011.89 |
| HAL | $2,557.69 | $690.58 | $0.00 | $1,867.11 | $2,044.71 | $195.66 | $4,798.06 |
| MSL | $1,344.00 | $362.88 | $0.00 | $981.12 | $685.64 | $102.82 | $2,132.46 |
| EJL | $1,680.00 | $453.60 | $0.00 | $1,226.40 | $685.64 | $128.52 | $2,494.16 |
| RJM | $1,669.23 | $450.69 | $0.00 | $1,218.54 | $1,121.13 | $127.70 | $2,918.06 |
| MAM | $1,088.64 | $293.93 | $0.00 | $794.71 | $0.00 | $83.28 | $1,171.92 |
| DKP | $1,400.00 | $378.00 | $0.00 | $1,022.00 | $685.64 | $107.10 | $2,192.74 |
| JNR | $1,400.00 | $378.00 | $435.49 | $586.51 | $685.64 | $107.10 | $2,192.74 |
| CSS | $1,344.00 | $362.88 | $0.00 | $981.12 | $685.64 | $102.82 | $2,132.46 |
| DAS | $1,316.00 | $355.32 | $0.00 | $960.68 | $685.64 | $100.67 | $2,102.31 |
| MDS | $1,372.00 | $370.44 | $741.10 | $260.46 | $685.64 | $104.96 | $2,162.60 |
| GRS | $2,423.08 | $654.23 | $0.00 | $1,768.85 | $1,429.35 | $185.37 | $4,037.79 |
| NCT | $1,288.00 | $347.76 | $11.67 | $928.57 | $685.64 | $98.53 | $2,072.17 |
| KNT | $1,157.69 | $312.58 | $0.00 | $845.11 | $1,121.37 | $88.56 | $2,367.62 |
| JNT | $1,120.00 | $302.40 | $0.00 | $817.60 | $685.64 | $85.68 | $1,891.32 |
| JDV | $1,568.00 | $423.36 | $4.29 | $1,140.35 | $685.64 | $119.95 | $2,373.59 |
| TPV | $1,344.00 | $362.88 | $0.00 | $981.12 | $685.64 | $102.82 | $2,132.46 |
| CRW | $1,008.00 | $272.16 | $0.00 | $735.84 | $685.64 | $77.11 | $1,770.75 |
| MJW | $1,344.00 | $362.88 | $0.00 | $981.12 | $685.64 | $102.82 | $2,132.46 |

**Exhibit 1 - Page 1 of 2**

| Employee Initials | Gross Wages Owed as of: | Employee Taxes Withheld | Employee Ins. Med/Den withheld | Net Wages Owed as of: | Employer Pd Ins. Med Den | Employer Taxes | Payroll Motion Request Amount |
|---|---|---|---|---|---|---|---|
| **TOTAL:** | $45,367.41 | $12,249.20 | $2,511.89 | $30,606.32 | $23,541.52 | $3,470.61 | $72,379.53 |
| **PPV** | | | | | | | |
| EJB | $1,567.38 | $423.19 | $0.00 | $1,144.19 | $685.64 | $119.90 | $2,372.93 |
| AJB | $2,173.71 | $586.90 | $0.00 | $1,586.80 | $685.64 | $166.29 | $3,025.63 |
| JAB | $1,326.25 | $358.09 | $0.00 | $968.16 | $685.64 | $101.46 | $2,113.35 |
| CP | $1,808.52 | $488.30 | $0.00 | $1,320.22 | $685.64 | $138.35 | $2,632.51 |
| DAD | $964.54 | $260.43 | $0.00 | $704.12 | $0.00 | $73.79 | $1,038.33 |
| FFGR | $1,175.54 | $317.40 | $0.00 | $858.14 | $685.64 | $89.93 | $1,951.11 |
| JAG | $1,145.40 | $309.26 | $0.00 | $836.14 | $685.64 | $87.62 | $1,918.66 |
| DAG | $1,085.11 | $292.98 | $0.00 | $792.13 | $685.64 | $83.01 | $1,853.76 |
| JHH | $1,507.10 | $406.92 | $4.29 | $1,095.89 | $685.64 | $115.29 | $2,308.03 |
| NJM | $1,567.38 | $423.19 | $11.67 | $1,132.52 | $685.64 | $119.90 | $2,372.93 |
| JO | $1,808.52 | $488.30 | $0.00 | $1,320.22 | $685.64 | $138.35 | $2,632.51 |
| MDS | $1,687.95 | $455.75 | $0.00 | $1,232.20 | $685.64 | $129.13 | $2,502.72 |
| BJS | $1,738.96 | $469.52 | $0.00 | $1,269.44 | $685.64 | $133.03 | $2,557.63 |
| BAT | $1,507.10 | $406.92 | $0.00 | $1,100.18 | $1,121.13 | $115.29 | $2,743.52 |
| JJT | $5,112.55 | $1,380.39 | $0.00 | $3,732.16 | $1,431.03 | $391.11 | $6,934.69 |
| SST | $1,687.95 | $455.75 | $0.00 | $1,232.20 | $685.64 | $129.13 | $2,502.72 |
| RAW | $1,718.09 | $463.89 | $0.00 | $1,254.21 | $685.64 | $131.43 | $2,535.17 |
| CFR | $1,627.67 | $439.47 | $0.00 | $1,188.20 | $0.00 | $124.52 | $1,752.18 |
| **TOTAL:** | $31,209.73 | $8,426.63 | $15.96 | $22,767.14 | $12,151.12 | $2,387.54 | $45,748.39 |

| Check # | Date of Check | Amount | Employee (Initials) |
|---|---|---|---|
| 31016 | 09/01/2017 | $ 51.68 | HN |
| 31017 | 09/01/2017 | $ 16.77 | MS |
| 31338 | 06/08/2018 | $ 49.21 | TD |
| 31439 | 09/21/2018 | $ 300.14 | RB |

In re PPV, Inc. - Ch 11 Case No. 19-34517-dwh11
In re Bravo Environmental NW, Inc. - Ch 11 Case No. 19-34518-dwh11

CERTIFICATE - TRUE COPY

DATE: December 10, 2019

DOCUMENT: MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS AND PROPOSED ORDER

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: December 10, 2019  VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
　　Douglas R. Ricks, OSB #044026
　　Of Attorneys for Debtors-in-Possession

Page 1 – CERTIFICATE OF SERVICE

<u>In re PPV, Inc.</u> - Bky Case No. 19-34517-dwh11;
<u>In re Bravo Environmental NW, Inc.</u> - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

**Debtor:**

PPV, Inc.
Attn: George Sullivan
4927 NW Front Ave.
Portland, OR 97201

Bravo Environmental NW, Inc.
Attn: George Sullivan
4927 NW Front Ave.
Portland, OR 97201

**PPV, Inc. - 20 Largest Unsecured Creditors:**

Sussman Shank LLP
Attn: Howard Levine
1000 SW Broadway, Suite 1400
Portland, OR 97205
VIA EMAIL: hlevine@sussmanshank.com

City of Portland Water Bureau
PO Box 4216
Portland, OR 97208

Portland Water Bureau
c/o City Attorney's Office
1221 SW 4th Ave, Rm 430
Portland OR 97204-0000
VIA EMAIL:
bankruptcy@portlandoregon.gov

White Summers Caffee & James
Attn: William Caffee
805 SW Broadway, Suite 2440
Portland, OR 97205
VIA EMAIL:
WCaffee@white-summers.com

Cesco Solutions, Inc.
Attn: Abbie Robinson
2227 Midway Lane
Bellingham, WA 98226
VIA EMAIL:
Abbie.Robinson@cescosolutions.com

Regence Bluecross Blue Shield of Oregon
PO Box 2597
Portland, OR 97208
VIA FAX: 888-606-6445

Schwabe, Williamson & Wyatt
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
VIA EMAIL: gcowger@schwabe.com

McGaughey Erickson
Attn: Robert McGaughey
65 SW Yamhill St., Suite 200
Portland, OR 97204
VIA EMAIL: bob@law7555.com

Archer Separation, Inc.
Attn: Venkatesh Narayan
1150-1971 Broadway St
Port Coquitlam, BC
V3C 0C9, CANADA
VIA EMAIL:
venky@archerseparation.com

Green Wrench Heavy Equipment, LLC
Attn: Cory Watson
769 Linn Ave
Oregon City, OR 97045
VIA EMAIL:
cory@greenwrench.org

Corporate Payment Systems / ELAN Visa
Attn: Customer Service
PO Box 790428
St. Louis, MO 63179
**Phone: 855-837-1614**

Pape Kenworth
Attn: Jennifer Kriegel
PO Box 35144 #5077
Seattle, WA 98124
VIA EMAIL: jkriegel@pape.com

Bezates Construction, Inc.
Attn: George Bezates
16085 S Ivel Road
Beavercreek, OR 97004
VIA EMAIL:
mbezates@gmail.com

Ruan Transport Corporation
Attn: Jimmy Warren
PO Box 977
Des Moines, IA 50304
VIA EMAIL: jwarren@ruan.com

SeQuential Biodiesel, LLC
Attn: Ken Mayer
PO Box 1774
Eugene, OR 97440
VIA EMAIL:
Kenm@choosesq.com

US Bank Office Eqpt Fin Svc
Attn: Customer Service
PO Box 790448
St. Louis, MO 63179
VIA EMAIL:
oefscustomerservice@usbank.com

PGE
Attn: Customer Service
PO Box 4438
Portland, OR 97208
VIA FAX: 503-612-3940

Specialty Analytical
Attn: Katherine Lynch
9011 SE Jannsen Rd
Clackamas, OR 97015
VIA EMAIL:
Katherine@SpecialtyAnalytical.com

Farallon Consulting, LLC
Attn: Deb Worden
975 5th Ave NW
Issaquah, WA 98027
VIA EMAIL:
dworden@farallonconsulting.com

Beckwith & Kuffel
Attn: Lee Wardrop
1313 S 96th St
Seattle, WA 98108
VIA EMAIL: billing@b-k.com

Johnson Controls Security Solu
PO Box 371967
Pittsburgh, PA 15250
VIA EMAIL: bankruptcy@tyco.com

**Bravo Environmental NW, Inc. - 20 Largest Unsecured Creditors:**

Oldcastle Infrastructure
Attn: Jennett Gallegos
PO Box 742387
Los Angeles, CA 90074
VIA EMAIL: sscc@oldcastle.com

APP Fueling Success
nka World Fuel Services
Attn: Customer Service
PO Box 34600
Seattle, WA 98124
VIA EMAIL:
kearley@associatedpetroleum.com

<u>In re PPV, Inc.</u> - Bky Case No. 19-34517-dwh11;
<u>In re Bravo Environmental NW, Inc.</u> - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

Wasco County Landfill
Attn: Nancy Mitchell
2550 Steel Road
The Dalles, OR  97058
VIA FAX: 541-296-6449

River Country Transport Inc.
Attn: Kip Templeton
2401 W. Main Street, #205
Battleground, WA  98604
VIA EMAIL: kipbtempleton@comcast.net

A & B Properties
Attn: Louie Sanfft
6120 52nd Ave South
Seattle, WA  98118
VIA EMAIL: louie.sanft@att.net

Topsoils Northwest  Inc.
Attn: Dot
P O Box 1697
Snohomish, WA  98291
VIA EMAIL: dot.l@topsoilsnw.com

Snohomish County
Attn: Skip Knutsen
3000 Rockefeller Ave  M/S 610
Everett, WA  98201
VIA EMAIL: skip.knutsen@snoco.orh

King Co Finance
Attn: Cynthia Funai
500 4th Ave, Suite 600
Seattle, WA  98104
VIA EMAIL: cindy.orr@kingcounty.gov

Ditch Witch West
Attn: Steve Jergentz, GM
PO Box 35144 #5077
Seattle, WA  98124
VIA FAX: 503-286-6111

Girard Resources & Recycling
Attn: Kristen
PO Box 14727
Mill Creek, WA  98082
VIA EMAIL:
mainoffice@girardresources.com

Dickson Company
Attn: Jennifer
3003 Taylor Way
Tacoma, WA  98411
VIA EMAIL: jennifer@dickson.net

Miller Nash Graham
 & Dunn LLP
Attn: Accounts Receivable
1110 SW 5th Ave,  Suite 3400
Portland, OR  97204
VIA EMAIL:
account@millernash.com

Water Environment Services
Attn: Customer Service
150 Beavercreek Rd #430
Oregon City, OR  97045
VIA EMAIL:
wescustomerservice@
clackamas.us

LRI Consulting Services Inc
Attn: D. Barnett
6720 E. Marginal Way S
Broken Arrow, OK  74013
VIA EMAIL:
dbarnett@lrionline.com

Contech Engineered Solutions
PO Box 936362
Atlanta, GA  31193
VIA EMAIL:
info@conteches.com

Zonar Systems
Attn: Lissa Taylor
PO Box 207038
Dallas, TX  75320
VIA EMAIL:
lissa.taylor@zonarsystems.com

Arclin
Attn: Tyrone Morato
2301 N Columbia Blvd
Portland, OR  97217
VIA EMAIL:
tyrone.morato@arclin.com

PRS Group  Inc.
Attn: Gary Smith
P.O. Box 30959
Tacoma, WA  98421
VIA EMAIL: cyndi@prsplant.net

Puget Sound Energy
BOT-01H
P.O. Box 91269
Bellevue, WA  98009
VIA EMAIL:
mybusiness@pse.com

Tacoma Screw Products
Attn:  Accounts Receivable
PO Box 35165
Seattle, WA  98124
VIA EMAIL:
creditservices@tacomascrew.com

**PPV, Inc. Secured Creditors:**

MetaBank, fka
Crestmark Bank
Attn:  Kelly Jonkhans
PO Box 233756
Chicago, IL  60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI  48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL:  tcoughlin@jaffelaw.com

Retail Capital, LLC
4026 N Miller Road, Suite 200
Scottsdale, AZ  85251

Retail Capital, LLC
c/o Joshua Creem
Registered Agent
1250 Kirts Blvd, Ste 100
Troy,  MI  48084
**Phone:  (248) 633-1223**

EBF Partners, LLC
dba Everest Business Funding
Customer Service Dept
5 West 37th Street, Suite 1100
New York, NY  10018
VIA EMAIL: isosupport@ev-bf.com

In re PPV, Inc. - Bky Case No. 19-34517-dwh11;
In re Bravo Environmental NW, Inc. - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

EBF Partners, LLC
dba Everest Business Funding
Customer Service Dept
8200 NW 52nd Ter., 2nd Fl
Doral, FL  33166

Libertas Funding, LLC
Attn: Randy Saluck, CEO
382 Greenwich Ave, Suite 2
Greenwich, CT  06380

Libertas Funding, LLC
Attn: Randy Saluck, CEO
c/o Jessica Patrovic
382 Greenwich Ave, Suite 2
Greenwich, CT  06380
VIA EMAIL: c/o
jessica.patrovic@libertasfunding.com

Libertas Funding, LLC
73 High St, #334
Buffalo, NY  14203
VIA EMAIL:
customer.service@libertasfunding.com

Carla Thuney
4927 NW Front Ave
Portland, OR  97210

Carla Thuney
c/o White Summers Caffee
  & James, LLP
805 SW Broadway, Ste 2440
Portland, OR 97205
VIA EMAIL:
JSummers@White-Summers.com

**Bravo Environmental NW, Inc.,
Secured Creditors:**

MetaBank, fka
Crestmark Bank
Attn:  Kelly Jonkhans
PO Box 233756
Chicago, IL  60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI  48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL:
tcoughlin@jaffelaw.com:

Cofactor, LLC
2711 Centerville Rd #400
Wilmington, DE  19808

Cofactor LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington,  DE  19808

Wells Fargo Bank, NA
MAC P6101-250
1300 SW 5th Ave, 25th Fl
Portland, OR  97201
VIA EMAIL:
boardcommunications@wellsfargo.com

Leonite Capital, LLC
1 Hillcrest Center Dr, Ste 232
Spring Valley, NY  10977
VIA EMAIL: hmervis@hhk.com

Bellridge Capital, LLP
c/o Robinson Brog, et al
875 Third Ave 9th Floor
New York, NY  10022

**LIENHOLDERS:**

Wells Fargo Bank, NA
MAC P6101-250,
1300 SW 5th Ave, 25th Flr
Portland OR 97201

Wells Fargo Bank, NA
c/o John D. Baker, II, CEO
Headquarters
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, NA
Attn:  John D. Baker II, CEO
P.O. Box 63750
San Francisco, CA 94163
VIA EMAIL:
boardcommunications@wellsfargo.com

Wells Fargo Bank, NA
Attn:  John D. Baker II, CEO
P.O. Box 63710
San Francisco, CA 94163

Crestmark Equipment Finance, Inc.
Attn:  Michele Coe
40950 Woodward Ave., Ste 201
Bloomfield Hills, MI 48304

Crestmark Equipment Finance, Inc.
Corporate Headquarters and
East Division Michigan Office
5480 Corporate Drive, Suite 350
Troy, Michigan 48098
VIA FAX NO. 248.641.5101

MetaBank, fka
Crestmark Bank
Attn:  Kelly Jonkhans
PO Box 233756
Chicago, IL  60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI  48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

In re PPV, Inc. - Bky Case No. 19-34517-dwh11;
In re Bravo Environmental NW, Inc. - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL: tcoughlin@jaffelaw.com

Leonite Capital LLC
1 Hillcrest Center Dr., Ste. 232
Spring Valley, NY 10977

Leonite Capital LLC
c/o Hinman, Howard & Kattell, LLP,
Attn: Harvey Mervis
700 Security Mutual Building
80 Exchange Street
Binghamton, NY 13901
VIA EMAIL: hmervis@hhk.com

Bellridge Capital, LP
c/o Robinson Brog, et al,
875 Third Ave, 9th Fl.
New York, NY 10022

Bellridge Capital, LP
c/o Leo John Ramunno
Registered Agent
5149 W. Woodmill Dr., Ste. 20
Wilmington, DE 19808
**Phone: 302-654-0660**

Crossroads Equipment Lease
 & Finance, LLC
9385 Haven Ave
Rancho Cucamonga, CA 91730
VIA EMAIL: customer@
crlease.com

Crossroads Equipment Lease
 & Finance, LLC
c/o the Prentice-Hall Corporation
 System, Inc.
Registered Agent
251 Little Falls Drive
Wilmington DE 19808

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN, 56258
VIA EMAIL:
oefscustomerservice@usbank.com

U.S. Bank Equipment Finance
c/o Anthony Cracchiolo, CEO &
President
425 Walnut Street
Cincinnati, OH 45202

Carla Thuney
39902 NW 64th Court
Woodland, WA 98674

Carla Thuney
c/o White Summers Caffee
 & James, LLP
805 SW Broadway, Ste 2440
Portland, OR 97205
VIA EMAIL:
JSummers@White-Summers.com

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.