Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Debtors-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>PPV, Inc.<br><br>           Debtor-in-Possession | Case No. 19-34517-dwh11 |
| In re<br><br>Bravo Environmental NW, Inc.,<br><br><br><br><br><br>           Debtor-in-Possession. | Case No. 19-34517-dwh11<br><br>DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS<br>(Columbia Bank – Payroll Accounts) |

**NOTICE**

This Motion is an Ex Parte First Day Motion in a Chapter 11. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information. The notice of hearing will also provide you with the deadline to file a written objection with the Clerk of the Bankruptcy Court at 1050 SW 6th Avenue #700, Portland, OR 97204 and advise that you must also serve the objection on Debtors, c/o Douglas R.

Page 1 of 6   DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington Street, Suite 520, (503) 241-4869 at the same time.

## MOTION

Debtors-in-Possession, PPV, Inc. ("PPV") and Bravo Environmental NW, Inc. ("Bravo"), (collectively "Debtors" or "Debtors-in-Possession"), request entry of the Proposed Order Granting Debtor's Motion for Order Authorizing Continued Use of Certain Existing Bank Accounts (Columbia Bank - Payroll Accounts) attached hereto as **Exhibit A**. In support of this Motion Debtors represent and state:

1. On December 10, 2019 (the "Petition Date"), the Debtors each commenced a reorganization case by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. Pursuant to Sections 1107 and 1108 of the Code, the Debtors are continuing in possession of their property and are operating and managing Debtors' businesses as Debtors-in-possession.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the standing order of reference of the District Court. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

4. The Debtors request an order authorizing the continued use of their existing payroll accounts for thirty (30) days.

5. To avoid disruption to the ordinary and usual financial affairs of the Debtors, including the payment of critical payroll obligations, and the resultant adverse effect to the Debtors' reorganization, it is essential that the Debtors be permitted to maintain their existing payroll accounts.

Page 2 of 6   DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

## Background

6. Debtors are affiliated entities involved in the business of wastewater disposal and wastewater transportation. Pre-petition, the Debtors have been saddled with costly litigation and by a unsuccessful sale of Bravo to meet their debt obligations. The costs associated with the litigation and sale effort required the Debtors to borrow under merchant cash advance loans, which come with high costs and daily payment requirements.

7. As a result of the foregoing events, Debtors have seen a drastic reduction in their profits and are unable to meet their current liquidity needs. In order to implement their planned reorganization, Debtors require stability with their current revenue streams and payment systems. For that reason, Debtors seek approval of this Motion.

## Relief Requested

8. By this Motion, Debtors seek entry of an order (a) authorizing the continued use of the Payroll Accounts, as described below, for thirty (30) days and (b) waiver of the stay imposed by Bankruptcy Rule 6004(h) (related to orders governing use of estate property). In connection with this relief, the Debtors respectfully request a waiver of certain of the operating guidelines established by the Office of the U.S. Trustee for the District of Oregon that require the Debtors to close all prepetition bank accounts, open new accounts designated as Debtors-in-possession accounts, and provide for new business forms and stationary.

## Continued Use of the Debtors' Existing Accounts

9. In order to pay their respective payroll obligations, the Debtors utilize payroll accounts with Columbia Bank. PPV's payroll account is the account ending in 0821 and Bravo's payroll account is the account ending in 6902 (collectively, the "Payroll Accounts").

Page 3 of 6    DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

10. The Operating Guidelines and reporting requirements promulgated by the Office of the U.S. Trustee require that a Chapter 11 debtor close its prepetition bank accounts and open new accounts. This requirement is designed to (a) provide a clear line of demarcation between prepetition and post-petition transactions and operations, and (b) block the inadvertent payment of prepetition claims through the payment of checks drawn prior to the commencement of a Debtors' case.

11. The potential benefits which may be obtained by closing Debtors' Payroll Accounts and opening new accounts is outweighed by the disruption that such closures would necessitate. Prior to the Chapter 11 cases, in the ordinary course of business, revenues from the Debtors' operations were transferred into the Payroll Accounts to cover payroll obligations. If Debtors are unable to process payroll obligations seamlessly, they will be unable to pay their employees.

12. Substantial disruptions and delays in payments to the Debtors' employees for any vital and necessary prepetition obligations the Court may authorize the Debtors to pay, could occur if the Debtors are prohibited from continuing to use the Payroll Accounts.

13. To avoid such problems and to ensure as smooth a transition into Chapter 11 as possible, with minimal disruption to ongoing financial and administrative operations, it is imperative that the Debtors be permitted to continue using the Payroll Accounts.

14. The Debtors maintain sufficient accounting controls to account for all funds and all transactions in the Payroll Accounts. Requiring the Debtors to open new accounts would drastically slow down the collection of funds and would be unduly burdensome; the benefits which could be achieved by closing such Payroll Accounts is outweighed by the harms and burdens which will occur from closing such Payroll Accounts.

Page 4 of 6   DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

15. Concurrently with the instant motion, the Debtors filed a motion with this Court requesting authority to pay prepetition wages and benefits. In connection therewith, to minimize the disruption of the Debtors' business and to prevent the substantial administrative burden associated with opening a new payroll account and paying payroll manually, the Debtors request authority to continue to use that certain Payroll Account currently utilized as its payroll clearing account. Provided the Court authorizes the payment of all prepetition wages, the Debtors respectfully request the Court's authority to honor payroll checks issued prior to the Petition Date but presented for payment after the Petition Date and to honor those payroll checks authorized by the Order Authorizing Debtors to Pay Prepetition Payroll Taxes, Employee Health Insurance Premiums, and Workers' Compensation Insurance Premiums and Other Employee Expenses.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order:

1. Authorizing the Debtors to continue to utilize the existing Payroll Accounts for payroll, and to the extent the Court has authorized the payment of prepetition employee wages and other employee benefits, further authorizing the bank at which the Payroll Account is maintained to honor all payroll checks issued prior to the Petition Date and pursuant to the Order Authorizing Debtors to Pay Prepetition Payroll Taxes, Employee Health Insurance Premiums, and Workers' Compensation Insurance Premiums and Other Employee Expenses for thirty (30) days.

/ / /

/ / /

/ / /

/ / /

Page 5 of 6    DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

2. Waiving the fourteen day stay of Bankruptcy Rule 6004(h); and

3. Granting such other and further relief as the Court deems just and proper.

DATED: December 10, 2019         VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtors-in-Possession

Page 6 of 6    DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34517-dwh11 |
|---|---|
| PPV, Inc. | |
| Debtor-in-Possession | |
| In re | |
| Bravo Environmental NW, Inc., | Case No. 19-34518-dwh11 |
| | **PROPOSED** ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts) |
| Debtor-in-Possession. | |

THIS MATTER came before the Court on [Fill in Date of Hearing] on Debtors-in-Possession, PPV, Inc.'s and Bravo Environmental NW, Inc.'s, (collectively "Debtors" or "Debtors-in-Possession") Motion for Order Authorizing Continued Use of Certain Existing Bank Accounts (Columbia Bank – Payroll Accounts) (the "Motion") (Doc No. ___), due and adequate notice under the circumstances having been given, and the Court otherwise being fully advised

Page 1 of 3    **PROPOSED** ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**EXHIBIT A - Page 1 of 3**

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

NOW, THEREFORE, it is ORDERED as follows:

1. Debtors are authorized to utilize the Payroll Accounts (PPV Payroll Account ending in 0821; Bravo Payroll Account ending in 6902) at Columbia Bank.

2. To the extent required to allow Debtors to continue to use the Payroll Accounts, Debtors are granted a waiver of those certain operating guidelines established by the Office of the U.S. Trustee for the District of Oregon that would otherwise require the Debtors to close all prepetition bank accounts, open new accounts designated as debtors-in-possession accounts, and provide for new business forms and stationary. However, Debtors are still to close all other prepetition bank accounts, open new accounts designated as debtors-in-possession accounts and take all reasonable steps to migrate Debtors' cash management into the new accounts designated as debtors-in-possession accounts.

3. The Bank at which the Payroll Accounts are maintained is hereby authorized to allow transfers to be made from, and deposits to be made into the Payroll Accounts in the same manner as transfers and deposits were made prior to December 10, 2019 (the "Petition Date").

4. Nothing contained herein shall prevent the Debtors from opening new accounts designated as debtors-in-possession accounts or closing such Payroll Accounts as the Debtors deem necessary.

5. Debtors shall implement appropriate accounting safeguards to ensure compliance with all other orders authorizing payments on prepetition obligations and to prevent any unauthorized payment on any prepetition obligations.

6. By no later than thirty (30) days, the Debtors shall close the Payroll Accounts at Columbia Bank or shall request an Order excusing compliance with the requirements of

Page 2 of 3   **PROPOSED** ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

EXHIBIT A - Page  2 of 3

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

11 U.S.C. Section 345 until such time as the Court rules on a motion for turnover, or similar motion, in order to enable the Debtor to close the account.

7. The 14-day stay of Bankruptcy Rule 6004(h) is hereby waived and this order shall be immediately effective.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order. This Order shall be without prejudice to any party seeking to implement the UST Guidelines with respect to one or more of the Payroll Accounts.

###

| PRESENTED BY: | First Class Mail: |
|---|---|
| VANDEN BOS & CHAPMAN, LLP | See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting Debtors' attorney.) |
| By:/s/Douglas R. Ricks<br>Douglas R. Ricks, OSB #044026<br>Of Attorneys for Debtors-in-Possession | **Electronic Mail:**<br>The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system. |
| **LBR 9021-1 CERTIFICATION**<br>I certify that I have complied with the requirement of LBR 9021-1(a); Order circulated as Proposed Order to Motion.<br><br>By:/s/Douglas R. Ricks<br>Douglas R. Ricks, OSB #044026<br>Of Attorneys for Debtors-in-Possession | |

Page 3 of 3   PROPOSED ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (Columbia Bank – Payroll Accounts)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

EXHIBIT A - Page 3 of 3

Case 19-34517-dwh11    Doc 10    Filed 12/10/19

<u>In re PPV, Inc.</u> - Ch 11 Case No. 19-34517-dwh11
<u>In re Bravo Environmental NW, Inc.</u> - Ch 11 Case No. 19-34518-dwh11

CERTIFICATE - TRUE COPY

DATE: December 10, 2019

DOCUMENT: DEBTORS' MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS (COLUMBIA BANK - PAYROLL ACCOUNTS) AND PROPOSED ORDER

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: December 10, 2019   VANDEN BOS & CHAPMAN, LLP


By:<u>/s/Douglas R. Ricks</u>
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors-in-Possession

Page 1 – CERTIFICATE OF SERVICE

In re PPV, Inc. - Bky Case No. 19-34517-dwh11;
In re Bravo Environmental NW, Inc. - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

**Debtor:**

PPV, Inc.
Attn: George Sullivan
4927 NW Front Ave.
Portland, OR 97201

Bravo Environmental NW, Inc.
Attn: George Sullivan
4927 NW Front Ave.
Portland, OR 97201

**PPV, Inc. - 20 Largest Unsecured Creditors:**

Sussman Shank LLP
Attn: Howard Levine
1000 SW Broadway, Suite 1400
Portland, OR 97205
VIA EMAIL: hlevine@sussmanshank.com

City of Portland Water Bureau
PO Box 4216
Portland, OR 97208

Portland Water Bureau
c/o City Attorney's Office
1221 SW 4th Ave, Rm 430
Portland OR 97204-0000
VIA EMAIL:
bankruptcy@portlandoregon.gov

White Summers Caffee & James
Attn: William Caffee
805 SW Broadway, Suite 2440
Portland, OR 97205
VIA EMAIL:
WCaffee@white-summers.com

Cesco Solutions, Inc.
Attn: Abbie Robinson
2227 Midway Lane
Bellingham, WA 98226
VIA EMAIL:
Abbie.Robinson@cescosolutions.com

Regence Bluecross Blue Shield of Oregon
PO Box 2597
Portland, OR 97208
VIA FAX: 888-606-6445

Schwabe, Williamson & Wyatt
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
VIA EMAIL: gcowger@schwabe.com

McGaughey Erickson
Attn: Robert McGaughey
65 SW Yamhill St., Suite 200
Portland, OR 97204
VIA EMAIL: bob@law7555.com

Archer Separation, Inc.
Attn: Venkatesh Narayan
1150-1971 Broadway St
Port Coquitlam, BC
V3C 0C9, CANADA
VIA EMAIL:
venky@archerseparation.com

Green Wrench Heavy Equipment, LLC
Attn: Cory Watson
769 Linn Ave
Oregon City, OR 97045
VIA EMAIL:
cory@greenwrench.org

Corporate Payment Systems / ELAN Visa
Attn: Customer Service
PO Box 790428
St. Louis, MO 63179
**Phone: 855-837-1614**

Pape Kenworth
Attn: Jennifer Kriegel
PO Box 35144 #5077
Seattle, WA 98124
VIA EMAIL: jkriegel@pape.com

Bezates Construction, Inc.
Attn: George Bezates
16085 S Ivel Road
Beavercreek, OR 97004
VIA EMAIL:
mbezates@gmail.com

Ruan Transport Corporation
Attn: Jimmy Warren
PO Box 977
Des Moines, IA 50304
VIA EMAIL: jwarren@ruan.com

SeQuential Biodiesel, LLC
Attn: Ken Mayer
PO Box 1774
Eugene, OR 97440
VIA EMAIL:
Kenm@choosesq.com

US Bank Office Eqpt Fin Svc
Attn: Customer Service
PO Box 790448
St. Louis, MO 63179
VIA EMAIL:
oefscustomerservice@usbank.com

PGE
Attn: Customer Service
PO Box 4438
Portland, OR 97208
VIA FAX: 503-612-3940

Specialty Analytical
Attn: Katherine Lynch
9011 SE Jannsen Rd
Clackamas, OR 97015
VIA EMAIL:
Katherine@SpecialtyAnalytical.com

Farallon Consulting, LLC
Attn: Deb Worden
975 5th Ave NW
Issaquah, WA 98027
VIA EMAIL:
dworden@farallonconsulting.com

Beckwith & Kuffel
Attn: Lee Wardrop
1313 S 96th St
Seattle, WA 98108
VIA EMAIL: billing@b-k.com

Johnson Controls Security Solu
PO Box 371967
Pittsburgh, PA 15250
VIA EMAIL: bankruptcy@tyco.com

**Bravo Environmental NW, Inc. - 20 Largest Unsecured Creditors:**

Oldcastle Infrastructure
Attn: Jennett Gallegos
PO Box 742387
Los Angeles, CA 90074
VIA EMAIL: sscc@oldcastle.com

APP Fueling Success
nka World Fuel Services
Attn: Customer Service
PO Box 34600
Seattle, WA 98124
VIA EMAIL:
kearley@associatedpetroleum.com

<u>In re PPV, Inc.</u> - Bky Case No. 19-34517-dwh11;
<u>In re Bravo Environmental NW, Inc.</u> - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

Wasco County Landfill
Attn: Nancy Mitchell
2550 Steel Road
The Dalles, OR 97058
VIA FAX: 541-296-6449

River Country Transport Inc.
Attn: Kip Templeton
2401 W. Main Street, #205
Battleground, WA 98604
VIA EMAIL: kipbtempleton@comcast.net

A & B Properties
Attn: Louie Sanfft
6120 52nd Ave South
Seattle, WA 98118
VIA EMAIL: louie.sanft@att.net

Topsoils Northwest Inc.
Attn: Dot
P O Box 1697
Snohomish, WA 98291
VIA EMAIL: dot.l@topsoilsnw.com

Snohomish County
Attn: Skip Knutsen
3000 Rockefeller Ave M/S 610
Everett, WA 98201
VIA EMAIL: skip.knutsen@snoco.orh

King Co Finance
Attn: Cynthia Funai
500 4th Ave, Suite 600
Seattle, WA 98104
VIA EMAIL: cindy.orr@kingcounty.gov

Ditch Witch West
Attn: Steve Jergentz, GM
PO Box 35144 #5077
Seattle, WA 98124
VIA FAX: 503-286-6111

Girard Resources & Recycling
Attn: Kristen
PO Box 14727
Mill Creek, WA 98082
VIA EMAIL:
mainoffice@girardresources.com

Dickson Company
Attn: Jennifer
3003 Taylor Way
Tacoma, WA 98411
VIA EMAIL: jennifer@dickson.net

Miller Nash Graham
 & Dunn LLP
Attn: Accounts Receivable
1110 SW 5th Ave, Suite 3400
Portland, OR 97204
VIA EMAIL:
account@millernash.com

Water Environment Services
Attn: Customer Service
150 Beavercreek Rd #430
Oregon City, OR 97045
VIA EMAIL:
wescustomerservice@
clackamas.us

LRI Consulting Services Inc
Attn: D. Barnett
6720 E. Marginal Way S
Broken Arrow, OK 74013
VIA EMAIL:
dbarnett@lrionline.com

Contech Engineered Solutions
PO Box 936362
Atlanta, GA 31193
VIA EMAIL:
info@conteches.com

Zonar Systems
Attn: Lissa Taylor
PO Box 207038
Dallas, TX 75320
VIA EMAIL:
lissa.taylor@zonarsystems.com

Arclin
Attn: Tyrone Morato
2301 N Columbia Blvd
Portland, OR 97217
VIA EMAIL:
tyrone.morato@arclin.com

PRS Group Inc.
Attn: Gary Smith
P.O. Box 30959
Tacoma, WA 98421
VIA EMAIL: cyndi@prsplant.net

Puget Sound Energy
BOT-01H
P.O. Box 91269
Bellevue, WA 98009
VIA EMAIL:
mybusiness@pse.com

Tacoma Screw Products
Attn: Accounts Receivable
PO Box 35165
Seattle, WA 98124
VIA EMAIL:
creditservices@tacomascrew.com

**PPV, Inc. Secured Creditors:**

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
PO Box 233756
Chicago, IL 60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI 48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL: tcoughlin@jaffelaw.com

Retail Capital, LLC
4026 N Miller Road, Suite 200
Scottsdale, AZ 85251

Retail Capital, LLC
c/o Joshua Creem
Registered Agent
1250 Kirts Blvd, Ste 100
Troy, MI 48084
**Phone: (248) 633-1223**

EBF Partners, LLC
dba Everest Business Funding
Customer Service Dept
5 West 37th Street, Suite 1100
New York, NY 10018
VIA EMAIL: isosupport@ev-bf.com

<u>In re PPV, Inc.</u> - Bky Case No. 19-34517-dwh11;
<u>In re Bravo Environmental NW, Inc.</u> - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

EBF Partners, LLC
dba Everest Business Funding
Customer Service Dept
8200 NW 52nd Ter., 2nd Fl
Doral, FL 33166

Libertas Funding, LLC
Attn: Randy Saluck, CEO
382 Greenwich Ave, Suite 2
Greenwich, CT 06380

Libertas Funding, LLC
Attn: Randy Saluck, CEO
c/o Jessica Patrovic
382 Greenwich Ave, Suite 2
Greenwich, CT 06380
VIA EMAIL: c/o
jessica.patrovic@libertasfunding.com

Libertas Funding, LLC
73 High St, #334
Buffalo, NY 14203
VIA EMAIL:
customer.service@libertasfunding.com

Carla Thuney
4927 NW Front Ave
Portland, OR 97210

Carla Thuney
c/o White Summers Caffee
 & James, LLP
805 SW Broadway, Ste 2440
Portland, OR 97205
VIA EMAIL:
JSummers@White-Summers.com

**Bravo Environmental NW, Inc.,
Secured Creditors:**

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
PO Box 233756
Chicago, IL 60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI 48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL:
tcoughlin@jaffelaw.com:

Cofactor, LLC
2711 Centerville Rd #400
Wilmington, DE 19808

Cofactor LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Wells Fargo Bank, NA
MAC P6101-250
1300 SW 5th Ave, 25th Fl
Portland, OR 97201
VIA EMAIL:
boardcommunications@wellsfargo.com

Leonite Capital, LLC
1 Hillcrest Center Dr, Ste 232
Spring Valley, NY 10977
VIA EMAIL: hmervis@hhk.com

Bellridge Capital, LLP
c/o Robinson Brog, et al
875 Third Ave 9th Floor
New York, NY 10022

**LIENHOLDERS:**

Wells Fargo Bank, NA
MAC P6101-250,
1300 SW 5th Ave, 25th Flr
Portland OR 97201

Wells Fargo Bank, NA
c/o John D. Baker, II, CEO
Headquarters
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, NA
Attn: John D. Baker II, CEO
P.O. Box 63750
San Francisco, CA 94163
VIA EMAIL:
boardcommunications@wellsfargo.com

Wells Fargo Bank, NA
Attn: John D. Baker II, CEO
P.O. Box 63710
San Francisco, CA 94163

Crestmark Equipment Finance, Inc.
Attn: Michele Coe
40950 Woodward Ave., Ste 201
Bloomfield Hills, MI 48304

Crestmark Equipment Finance, Inc.
Corporate Headquarters and
East Division Michigan Office
5480 Corporate Drive, Suite 350
Troy, Michigan 48098
VIA FAX NO. 248.641.5101

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
PO Box 233756
Chicago, IL 60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI 48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

<u>In re PPV, Inc.</u> - Bky Case No. 19-34517-dwh11;
<u>In re Bravo Environmental NW, Inc.</u> - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL: tcoughlin@jaffelaw.com

Leonite Capital LLC
1 Hillcrest Center Dr., Ste. 232
Spring Valley, NY 10977

Leonite Capital LLC
c/o Hinman, Howard & Kattell, LLP,
Attn: Harvey Mervis
700 Security Mutual Building
80 Exchange Street
Binghamton, NY 13901
VIA EMAIL: hmervis@hhk.com

Bellridge Capital, LP
c/o Robinson Brog, et al,
875 Third Ave, 9th Fl.
New York, NY 10022

Bellridge Capital, LP
c/o Leo John Ramunno
Registered Agent
5149 W. Woodmill Dr., Ste. 20
Wilmington, DE 19808
**Phone: 302-654-0660**

Crossroads Equipment Lease
 & Finance, LLC
9385 Haven Ave
Rancho Cucamonga, CA 91730
VIA EMAIL: customer@
crlease.com

Crossroads Equipment Lease
 & Finance, LLC
c/o the Prentice-Hall Corporation
 System, Inc.
Registered Agent
251 Little Falls Drive
Wilmington DE 19808

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN, 56258
VIA EMAIL:
oefscustomerservice@usbank.com

U.S. Bank Equipment Finance
c/o Anthony Cracchiolo, CEO &
President
425 Walnut Street
Cincinnati, OH 45202

Carla Thuney
39902 NW 64th Court
Woodland, WA 98674

Carla Thuney
c/o White Summers Caffee
 & James, LLP
805 SW Broadway, Ste 2440
Portland, OR 97205
VIA EMAIL:
JSummers@White-Summers.com

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.