Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>PPV, Inc.,<br><br>   Debtor-in-Possession | Case No. 19-34517-dwh11 |
| In re<br><br>Bravo Environmental NW, Inc.,<br><br>   Debtor-in-Possession. | Case No. 19-34518-dwh11<br><br>MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS |

### CERTIFICATION

In compliance with LBR 7007-1(c)(3), Debtors-in-Possession, PPV, Inc.'s and Bravo

Environmental NW, Inc.'s, (collectively "Debtors" or "Debtors-in-Possession") attorneys,

Douglas R. Ricks ("Counsel"), certifies that he has made a good faith effort to confer with

the interested parties regarding the need for an expedited hearing regarding each of the

following Motions filed with this Court:

Page 1 of 4   MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 13    Filed 12/10/19

|   | Document | Doc No. Re: Case No. | Doc No. Re: Case No. |
|---|---|---|---|
| 1 | Motion for Expedited Hearing on First Day Motions | This Motion | This Motion |
| 2 | Debtors' Motion for Order Authorizing Use of Cash Collateral of Debtors-in-Possession, Continued Use of Existing Line of Credit, and Granting Adequate Protection (the "Cash Collateral/Obtain Credit Motion") | 8 | 9 |
| 3 | Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers' Compensation Premiums (the "Payroll Motion") | 9 | 10 |
| 4 | Debtors' Motion for Order Authorizing the Continued Use of Certain Existing Bank Accounts (the "Payroll Accounts Motion") | 10 | 11 |
| 5 | Debtors' Motion for Order Authorizing Maintenance of Cash Management Systems and for Continued Use of Certain Existing Bank Accounts (the "Lockbox Account Motion") | 11 | 12 |
| 6 | Motion for Joint Administration of Chapter 11 Cases (the "Joint Administration Motion") | 12 | 13 |

Collectively referred to as the "First Day Motions."

Debtors' Counsel conferred with and/or forwarded copies of the above First Day Motions as follows:

1. Counsel spoke with Stephen Arnot of the U.S. Trustee's office, by telephone and commuicated by e-mail regarding the First Day Motions. As of the filing of this Moiton, the undersigned has not received any indication that the U.S. Trustee opposes an expedited hearing of the above First Day Motions.

2. Copies forwarded to the parties listed on the attached **Exhibit A**.

## MOTION

3. Pursuant to FRBP 4001(b)(2), 4001(c)(2), and 9014, Debtors, by and through their attorneys, Vanden Bos & Chapman, LLP, move the Court for the entry of an order

Page 2 of 4   MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 13    Filed 12/10/19

setting an expedited hearing to consider entry of Orders regarding the above listed Motions. An expedited preliminary hearing is necessary for the reasons stated in Debtors' First Day Motions and summarized as follows:

**BACKGROUND**

4. PPV, Inc. is an Oregon corporation headquartered in Multnomah County, Oregon.

5. Bravo is foreign corporation authorized to and doing business in the state of Oregon. Bravo is headquartered in the state of Washington.

6. In order to maintain stability with their current cash flow and maintain their business relationships, the Debtors must continue to pay their employees, serve their customers and other revenue sources, prevent disruption in their established payment systems, and be able to continue to accept various methods of payment for services. The First Day Motions seek authority to fulfill these objectives and to prevent a collapse of the Debtors out of the gate.

7. Irreparable harm will come to the Debtors if the First Day Motions are not heard and granted on an expedited basis. Without approval of the Payroll Motion, the Debtors would lose employees, and would be unable to continue their operations. Without the authority Debtors will undoubtedly lose customers and the reorganization effort would be severely compromised.

8. Likewise, the Debtors need operating cash on an immediate basis. The Cash Collateral/Obtain Credit Motion addresses this issue by permitting the Debtors to use cash collateral from operations and continued use of a line of credit to fund operations postpetition. Expedited consideration of an interim order approving postpetition use of cash

Page 3 of 4    MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 13    Filed 12/10/19

collateral and to obtain credit is critical to continuing the Debtors' operations and ensured the viability of the Debtors' reorganization.

WHEREFORE, Debtors request the Court set a hearing on Debtors' First Day Motions on an expedited basis.

Dated: <u>December 10, 2019</u>     VANDEN BOS & CHAPMAN, LLP


By:<u>/s/Douglas R. Ricks</u>
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors-in-Possession

Page 4 of 4    MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34517-dwh11    Doc 13    Filed 12/10/19

<u>In re PPV, Inc. - Ch 11 Case No. 19-34517-dwh11</u>
In re Bravo Environmental NW, Inc. - Ch 11 Case No. 19-34518-dwh11

CERTIFICATE - TRUE COPY

DATE: December 10, 2019

DOCUMENT: MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: December 10, 2019     VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtors-in-Possession

Page 1 – CERTIFICATE OF SERVICE

<u>In re PPV, Inc.</u> - Bky Case No. 19-34517-dwh11;
<u>In re Bravo Environmental NW, Inc.</u> - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

**Debtor:**

PPV, Inc.
Attn: George Sullivan
4927 NW Front Ave.
Portland, OR 97201

Bravo Environmental NW, Inc.
Attn: George Sullivan
4927 NW Front Ave.
Portland, OR 97201

**PPV, Inc. - 20 Largest Unsecured Creditors:**

Sussman Shank LLP
Attn: Howard Levine
1000 SW Broadway, Suite 1400
Portland, OR 97205
VIA EMAIL: hlevine@sussmanshank.com

City of Portland Water Bureau
PO Box 4216
Portland, OR 97208

Portland Water Bureau
c/o City Attorney's Office
1221 SW 4th Ave, Rm 430
Portland OR 97204-0000
VIA EMAIL:
bankruptcy@portlandoregon.gov

White Summers Caffee & James
Attn: William Caffee
805 SW Broadway, Suite 2440
Portland, OR 97205
VIA EMAIL:
WCaffee@white-summers.com

Cesco Solutions, Inc.
Attn: Abbie Robinson
2227 Midway Lane
Bellingham, WA 98226
VIA EMAIL:
Abbie.Robinson@cescosolutions.com

Regence Bluecross Blue Shield of Oregon
PO Box 2597
Portland, OR 97208
VIA FAX: 888-606-6445

Schwabe, Williamson & Wyatt
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
VIA EMAIL: gcowger@schwabe.com

McGaughey Erickson
Attn: Robert McGaughey
65 SW Yamhill St., Suite 200
Portland, OR 97204
VIA EMAIL: bob@law7555.com

Archer Separation, Inc.
Attn: Venkatesh Narayan
1150-1971 Broadway St
Port Coquitlam, BC
V3C 0C9, CANADA
VIA EMAIL:
venky@archerseparation.com

Green Wrench Heavy Equipment, LLC
Attn: Cory Watson
769 Linn Ave
Oregon City, OR 97045
VIA EMAIL:
cory@greenwrench.org

Corporate Payment Systems / ELAN Visa
Attn: Customer Service
PO Box 790428
St. Louis, MO 63179
**Phone: 855-837-1614**

Pape Kenworth
Attn: Jennifer Kriegel
PO Box 35144 #5077
Seattle, WA 98124
VIA EMAIL: jkriegel@pape.com

Bezates Construction, Inc.
Attn: George Bezates
16085 S Ivel Road
Beavercreek, OR 97004
VIA EMAIL:
mbezates@gmail.com

Ruan Transport Corporation
Attn: Jimmy Warren
PO Box 977
Des Moines, IA 50304
VIA EMAIL: jwarren@ruan.com

SeQuential Biodiesel, LLC
Attn: Ken Mayer
PO Box 1774
Eugene, OR 97440
VIA EMAIL:
Kenm@choosesq.com

US Bank Office Eqpt Fin Svc
Attn: Customer Service
PO Box 790448
St. Louis, MO 63179
VIA EMAIL:
oefscustomerservice@usbank.com

PGE
Attn: Customer Service
PO Box 4438
Portland, OR 97208
VIA FAX: 503-612-3940

Specialty Analytical
Attn: Katherine Lynch
9011 SE Jannsen Rd
Clackamas, OR 97015
VIA EMAIL:
Katherine@SpecialtyAnalytical.com

Farallon Consulting, LLC
Attn: Deb Worden
975 5th Ave NW
Issaquah, WA 98027
VIA EMAIL:
dworden@farallonconsulting.com

Beckwith & Kuffel
Attn: Lee Wardrop
1313 S 96th St
Seattle, WA 98108
VIA EMAIL: billing@b-k.com

Johnson Controls Security Solu
PO Box 371967
Pittsburgh, PA 15250
VIA EMAIL: bankruptcy@tyco.com

**Bravo Environmental NW, Inc. - 20 Largest Unsecured Creditors:**

Oldcastle Infrastructure
Attn: Jennett Gallegos
PO Box 742387
Los Angeles, CA 90074
VIA EMAIL: sscc@oldcastle.com

APP Fueling Success
nka World Fuel Services
Attn: Customer Service
PO Box 34600
Seattle, WA 98124
VIA EMAIL:
kearley@associatedpetroleum.com

In re PPV, Inc. - Bky Case No. 19-34517-dwh11;
In re Bravo Environmental NW, Inc. - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

Wasco County Landfill
Attn: Nancy Mitchell
2550 Steel Road
The Dalles, OR 97058
VIA FAX: 541-296-6449

River Country Transport Inc.
Attn: Kip Templeton
2401 W. Main Street, #205
Battleground, WA 98604
VIA EMAIL: kipbtempleton@comcast.net

A & B Properties
Attn: Louie Sanfft
6120 52nd Ave South
Seattle, WA 98118
VIA EMAIL: louie.sanft@att.net

Topsoils Northwest Inc.
Attn: Dot
P O Box 1697
Snohomish, WA 98291
VIA EMAIL: dot.l@topsoilsnw.com

Snohomish County
Attn: Skip Knutsen
3000 Rockefeller Ave M/S 610
Everett, WA 98201
VIA EMAIL: skip.knutsen@snoco.orh

King Co Finance
Attn: Cynthia Funai
500 4th Ave, Suite 600
Seattle, WA 98104
VIA EMAIL: cindy.orr@kingcounty.gov

Ditch Witch West
Attn: Steve Jergentz, GM
PO Box 35144 #5077
Seattle, WA 98124
VIA FAX: 503-286-6111

Girard Resources & Recycling
Attn: Kristen
PO Box 14727
Mill Creek, WA 98082
VIA EMAIL:
mainoffice@girardresources.com

Dickson Company
Attn: Jennifer
3003 Taylor Way
Tacoma, WA 98411
VIA EMAIL: jennifer@dickson.net

Miller Nash Graham
 & Dunn LLP
Attn: Accounts Receivable
1110 SW 5th Ave, Suite 3400
Portland, OR 97204
VIA EMAIL:
account@millernash.com

Water Environment Services
Attn: Customer Service
150 Beavercreek Rd #430
Oregon City, OR 97045
VIA EMAIL:
wescustomerservice@
clackamas.us

LRI Consulting Services Inc
Attn: D. Barnett
6720 E. Marginal Way S
Broken Arrow, OK 74013
VIA EMAIL:
dbarnett@lrionline.com

Contech Engineered Solutions
PO Box 936362
Atlanta, GA 31193
VIA EMAIL:
info@conteches.com

Zonar Systems
Attn: Lissa Taylor
PO Box 207038
Dallas, TX 75320
VIA EMAIL:
lissa.taylor@zonarsystems.com

Arclin
Attn: Tyrone Morato
2301 N Columbia Blvd
Portland, OR 97217
VIA EMAIL:
tyrone.morato@arclin.com

PRS Group Inc.
Attn: Gary Smith
P.O. Box 30959
Tacoma, WA 98421
VIA EMAIL: cyndi@prsplant.net

Puget Sound Energy
BOT-01H
P.O. Box 91269
Bellevue, WA 98009
VIA EMAIL:
mybusiness@pse.com

Tacoma Screw Products
Attn: Accounts Receivable
PO Box 35165
Seattle, WA 98124
VIA EMAIL:
creditservices@tacomascrew.com

**PPV, Inc. Secured Creditors:**

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
PO Box 233756
Chicago, IL 60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI 48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL: tcoughlin@jaffelaw.com

Retail Capital, LLC
4026 N Miller Road, Suite 200
Scottsdale, AZ 85251

Retail Capital, LLC
c/o Joshua Creem
Registered Agent
1250 Kirts Blvd, Ste 100
Troy, MI 48084
**Phone: (248) 633-1223**

EBF Partners, LLC
dba Everest Business Funding
Customer Service Dept
5 West 37th Street, Suite 1100
New York, NY 10018
VIA EMAIL: isosupport@ev-bf.com

<u>In re PPV, Inc.</u> - Bky Case No. 19-34517-dwh11;
<u>In re Bravo Environmental NW, Inc.</u> - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

EBF Partners, LLC
dba Everest Business Funding
Customer Service Dept
8200 NW 52nd Ter., 2nd Fl
Doral, FL 33166

Libertas Funding, LLC
Attn: Randy Saluck, CEO
382 Greenwich Ave, Suite 2
Greenwich, CT 06380

Libertas Funding, LLC
Attn: Randy Saluck, CEO
c/o Jessica Patrovic
382 Greenwich Ave, Suite 2
Greenwich, CT 06380
VIA EMAIL: c/o
jessica.patrovic@libertasfunding.com

Libertas Funding, LLC
73 High St, #334
Buffalo, NY 14203
VIA EMAIL:
customer.service@libertasfunding.com

Carla Thuney
4927 NW Front Ave
Portland, OR 97210

Carla Thuney
c/o White Summers Caffee
 & James, LLP
805 SW Broadway, Ste 2440
Portland, OR 97205
VIA EMAIL:
JSummers@White-Summers.com

**Bravo Environmental NW, Inc.,
Secured Creditors:**

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
PO Box 233756
Chicago, IL 60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI 48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL:
tcoughlin@jaffelaw.com:

Cofactor, LLC
2711 Centerville Rd #400
Wilmington, DE 19808

Cofactor LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Wells Fargo Bank, NA
MAC P6101-250
1300 SW 5th Ave, 25th Fl
Portland, OR 97201
VIA EMAIL:
boardcommunications@wellsfargo.com

Leonite Capital, LLC
1 Hillcrest Center Dr, Ste 232
Spring Valley, NY 10977
VIA EMAIL: hmervis@hhk.com

Bellridge Capital, LLP
c/o Robinson Brog, et al
875 Third Ave 9th Floor
New York, NY 10022

**LIENHOLDERS:**

Wells Fargo Bank, NA
MAC P6101-250,
1300 SW 5th Ave, 25th Flr
Portland OR 97201

Wells Fargo Bank, NA
c/o John D. Baker, II, CEO
Headquarters
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, NA
Attn: John D. Baker II, CEO
P.O. Box 63750
San Francisco, CA 94163
VIA EMAIL:
boardcommunications@wellsfargo.com

Wells Fargo Bank, NA
Attn: John D. Baker II, CEO
P.O. Box 63710
San Francisco, CA 94163

Crestmark Equipment Finance, Inc.
Attn: Michele Coe
40950 Woodward Ave., Ste 201
Bloomfield Hills, MI 48304

Crestmark Equipment Finance, Inc.
Corporate Headquarters and
East Division Michigan Office
5480 Corporate Drive, Suite 350
Troy, Michigan 48098
VIA FAX NO. 248.641.5101

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
PO Box 233756
Chicago, IL 60689

MetaBank, fka
Crestmark Bank
Attn: Kelly Jonkhans
5480 Corporate Drive, # 350
Troy , MI 48098

MetaBank, fka
Crestmark Bank
c/o Bradley C. Hanson, CEO
5501 South Broadband Lane
Sioux Falls, SD 57108

In re PPV, Inc. - Bky Case No. 19-34517-dwh11;
In re Bravo Environmental NW, Inc. - Bky Case No. 19-34518-dwh11
Service List
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

Meta Bank
c/o Thomas Coughlin
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd, Ste. 2500
Southfield, MI 48034
VIA EMAIL: tcoughlin@jaffelaw.com

Leonite Capital LLC
1 Hillcrest Center Dr., Ste. 232
Spring Valley, NY 10977

Leonite Capital LLC
c/o Hinman, Howard & Kattell, LLP,
Attn: Harvey Mervis
700 Security Mutual Building
80 Exchange Street
Binghamton, NY 13901
VIA EMAIL: hmervis@hhk.com

Bellridge Capital, LP
c/o Robinson Brog, et al,
875 Third Ave, 9th Fl.
New York, NY 10022

Bellridge Capital, LP
c/o Leo John Ramunno
Registered Agent
5149 W. Woodmill Dr., Ste. 20
Wilmington, DE 19808
**Phone: 302-654-0660**

Crossroads Equipment Lease
 & Finance, LLC
9385 Haven Ave
Rancho Cucamonga, CA 91730
VIA EMAIL: customer@
crlease.com

Crossroads Equipment Lease
 & Finance, LLC
c/o the Prentice-Hall Corporation
 System, Inc.
Registered Agent
251 Little Falls Drive
Wilmington DE 19808

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN, 56258
VIA EMAIL:
oefscustomerservice@usbank.com

U.S. Bank Equipment Finance
c/o Anthony Cracchiolo, CEO &
President
425 Walnut Street
Cincinnati, OH 45202

Carla Thuney
39902 NW 64th Court
Woodland, WA 98674

Carla Thuney
c/o White Summers Caffee
 & James, LLP
805 SW Broadway, Ste 2440
Portland, OR 97205
VIA EMAIL:
JSummers@White-Summers.com

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.